**LAW OFFICES OF**
**DANIEL V. BEHESNILIAN**
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant ARISTAKES KARAPETYAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | **Case No:** |
|---|---|---|
| | ) | |
| | ) | **2:05-cr-00541-MCE-1** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION TO CONTINUE |
| | ) | HEARING FROM FEBRUARY |
| ARISTAKES KARAPETYAN, | ) | 15, 2006 TO MARCH 14, |
| | ) | 2006; [PROPOSED] ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by ELLEN VICTORIA ENDRIZZI, Assistant United States Attorney, and Defendant ARISTAKES KARAPETYAN, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, this matter is currently set for arraignment on February 15, 2006, at 2:00 p.m.

That, defense counsel Daniel V. Behesnilian's office has recently been retained by Defendant KARAPETYAN and that defense counsel is in

the process of conducting investigation and discovery and preparing in this matter.

That, this matter be continued, to March 14, 2006.

That, Defendant is aware of his rights to a speedy trial and given the fact that he has just retained Attorney Daniel V. Behesnilian and he and his attorney require additional time to prepare for and conduct investigation and discovery, Defendant KARAPETYAN is knowingly consenting to this stipulation setting this matter for March 14, 2006.

That, Defendant hereby waives time for arraignment until March 14, 2006 and that, speedy trial time is to be excluded from February 15, 2006 through the next hearing date on March 14, 2006, pursuant to 18 U.S.C. Sections 3161(h)(8)(iv).

SO STIPULATED.

Dated: February 8, 2006

Authorization for Ms. Endrizzi's signature obtained via telephonic authority on 2/8/06

_____/S/_____
ELLEN VICTORIA ENDRIZZI
Assistant U.S. Attorney

Dated: February 8, 2006     _____/S/_____
DANIEL V. BEHESNILIAN
Attorney for Defendant
ARISTAKES KARAPETYAN

**ORDER**

GOOD CAUSE NOW appearing, it is hereby ordered that the hearing in this matter currently set for February 15, 2006 be continued and that this matter be set for a hearing for the purposes of Arraignment on **March 14, 2006, at 2:00 p.m. in the Courtroom of The Honorable**

1  **Kimberly J. Mueller, Magistrate Judge** and that Defendant ARISTAKES
2  KARAPETYAN personally appear before this Court, on the above date and
3  time for Arraignment.
4      SO ORDERED.
5      Dated:  February 10, 2006.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge