**LAW OFFICES OF**
**DANIEL V. BEHESNILIAN**
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant ARISTAKES KARAPETYAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | **Case No:** |
| --- | --- | --- |
| | ) | |
| | ) | **2:05-cr-00541-MCE-1** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION TO CONTINUE |
| | ) | HEARING FROM MARCH 14, |
| ARISTAKES KARAPETYAN, | ) | 2006 TO MARCH 21, 2006; |
| | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by ELLEN VICTORIA ENDRIZZI, Assistant United States Attorney, and Defendant ARISTAKES KARAPETYAN, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, this matter is currently set for arraignment on March 14, 2006, at 2:00 p.m.

That, defense counsel and counsel for the government have conferred and have stipulated to have this matter continued to March

1  21, 2006 due to each counsel's calendar commitments and recent
2  conflicts.
3       That, this matter be continued, to March 21, 2006.
4       That, Defendant is aware of his rights to a speedy trial
5  and Defendant KARAPETYAN is knowingly consenting to this stipulation
6  setting this matter for March 21, 2006.
7       That, Defendant hereby waives time for arraignment until March
8  21, 2006 and that, speedy trial time is to be excluded from March 14,
9  2006 through the next hearing date on March 21, 2006, pursuant to
10 18 U.S.C. Sections 3161(h)(8)(iv).
11      SO STIPULATED.

Dated: March 10, 2006          Authorization for
                               Ms. Endrizzi's signature
                               obtained via telephonic
                               authority on 3/10/06

                               _____/S/_____
                               ELLEN VICTORIA ENDRIZZI
                               Assistant U.S. Attorney


Dated: March 10, 2006          _____/S/_____
                               DANIEL V. BEHESNILIAN
                               Attorney for Defendant
                               ARISTAKES KARAPETYAN

**ORDER**

GOOD CAUSE NOW appearing, it is hereby ordered that the hearing in this matter currently set for March 14, 2006 be continued and that this matter be set for a hearing for the purposes of Arraignment on **March 21, 2006, at 2:00 p.m. in the Courtroom of The Honorable Kimberly J. Mueller, Magistrate Judge** and that Defendant ARISTAKES KARAPETYAN personally appear before this Court, on the above date and time for Arraignment.

SO ORDERED.

Dated:  March 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

3
STIPULATION AND ORDER