**LAW OFFICES OF**
DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant ARISTAKES KARAPETYAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No:** |
| ) | |
| ) | **2:05-cr-00541-MCE-1** |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION TO CONTINUE |
| ) | HEARING FROM MAY 1, 2006 |
| ARISTAKES KARAPETYAN, ) | TO JUNE 20, 2006; |
| ) | [PROPOSED] ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

### STIPULATION

   WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by ELLEN VICTORIA ENDRIZZI, Assistant United States Attorney, and Defendant ARISTAKES KARAPETYAN, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

   That, this matter is currently set for status hearing on May 1, 2006, at 1:30 p.m.

   That, defense counsel and counsel for the government have conferred and have stipulated to have this matter continued to

///

1

1  June 20, 2006 due to the continued discussions among counsel
2  concerning a potential plea agreement in this matter.
3      That, this matter be continued, to June 20, 2006.
4      That, Defendant is aware of his rights to a speedy trial
5  and Defendant KARAPETYAN is knowingly consenting to this stipulation
6  setting this matter for June 20, 2006.
7      That, Defendant hereby waives time until June 20, 2006 and that,
8  speedy trial time is to be excluded from May 1, 2006 through the next
9  hearing date on June 20, 2006, pursuant to 18 U.S.C. Section
10 3161(h)(8)(iv).
11     SO STIPULATED.

```
                                    Authorization for
Dated: April 21, 2006               Ms. Endrizzi's signature
                                    obtained in writing via email
                                    on April 21, 2006

                                            /S/Ellen Victoria Endrizzi
                                    ELLEN VICTORIA ENDRIZZI
                                    Assistant U.S. Attorney



Dated: April 21, 2006                       /S/Daniel V. Behesnilian
                                    DANIEL V. BEHESNILIAN
                                    Attorney for Defendant
                                    ARISTAKES KARAPETYAN
```

**ORDER**

GOOD CAUSE NOW appearing, it is hereby ordered that the hearing in this matter currently set for May 1, 2006 be continued and that this matter be set for a hearing for the purposes of a status hearing on **June 20, 2006, at 9:30 a.m., before the Honorable Morrison C. England, Jr.,** and that Defendant ARISTAKES KARAPETYAN personally appear before this Court, on the above date and time for the purpose of status hearing.

1    It is further ordered that speedy trial time is excluded from
2 May 1, 2006 through the next hearing date on June 20, 2006, pursuant
3 to 18 U.S.C. Section 3161(h)(8)(iv), and pursuant to Local Code T4,
4 for defense preparation.
5    SO ORDERED.
6 Dated: April 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE