**LAW OFFICES OF**
**DANIEL V. BEHESNILIAN**
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant ARISTAKES KARAPETYAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No:** |
| ) | |
| ) | **2:05-cr-00541-MCE-1** |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION TO CONTINUE |
| ) | HEARING FROM JUNE 20, 2006 |
| ARISTAKES KARAPETYAN, ) | TO AUGUST 29, 2006; ORDER |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by ELLEN VICTORIA ENDRIZZI, Assistant United States Attorney, and Defendant ARISTAKES KARAPETYAN, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, this matter is currently set for status hearing on June 20, 2006, at 8:30 a.m.

That, defense counsel and counsel for the government have conferred and have stipulated to have this matter continued to

///

1

1  August 29, 2006 due to the continued discussions among counsel
2  concerning a potential plea agreement in this matter.
3     That, this matter be continued, to August 29, 2006.
4     That, Defendant is aware of his rights to a speedy trial
5  and Defendant KARAPETYAN is knowingly consenting to this stipulation
6  setting this matter for August 29, 2006.
7     That, Defendant hereby waives time until August 29, 2006 and
8  that, speedy trial time is to be excluded from May 1, 2006 through the
9  next hearing date on August 29, 2006, pursuant to 18 U.S.C. Section
10 3161(h)(8)(iv).
11    SO STIPULATED.

Dated: June 14, 2006              Authorization for
                                  Ms. Endrizzi's signature
                                  obtained in writing via email
                                  on June 14, 2006

                                          /S/Ellen Victoria Endrizzi
                                  ELLEN VICTORIA ENDRIZZI
                                  Assistant U.S. Attorney


Dated: June 14, 2006                      /S/Daniel V. Behesnilian
                                  DANIEL V. BEHESNILIAN
                                  Attorney for Defendant
                                  ARISTAKES KARAPETYAN


### ORDER

GOOD CAUSE NOW appearing, it is hereby ordered that the hearing in this matter currently set for June 20, 2006 be continued and that this matter be set for a hearing for the purposes of a status hearing on **August 29, 2006, at 8:30 a.m., before the Honorable Morrison C. England, Jr.,** and that Defendant ARISTAKES KARAPETYAN personally appear before this Court, on the above date and time for the purpose of status hearing.

2

1 | It is further ordered that speedy trial time is excluded from
2 | June 20, 2006 through the next hearing date on August 29, 2006,
3 | pursuant to 18 U.S.C. Section 3161(h)(8)(iv), and pursuant to Local
4 | Code T4, for defense preparation.
5 | SO ORDERED.
6 | DATED: June 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE