**LAW OFFICES OF**
**DANIEL V. BEHESNILIAN**
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant ARISTAKES KARAPETYAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No:** |
| | ) | |
| | ) | **2:05-cr-00541-MCE-1** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION TO CONTINUE |
| | ) | HEARING FROM AUGUST 29, |
| ARISTAKES KARAPETYAN, | ) | 2006 TO NOVEMBER 14, |
| | ) | 2006; ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by ELLEN VICTORIA ENDRIZZI, Assistant United States Attorney, and Defendant ARISTAKES KARAPETYAN, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, this matter is currently set for status hearing on August 29, 2006, at 8:30 a.m.

///

1  That, defense counsel and counsel for the government have
2  conferred and have stipulated to have this matter continued to
3  November 14, 2006, due to the continued discussions among counsel
4  concerning a potential plea agreement in this matter and due to
5  Defendant KARAPETYAN's continued cooperation with the government.
6  That, this matter be continued, to November 14, 2006.
7  That, Defendant is aware of his rights to a speedy trial
8  and Defendant KARAPETYAN is knowingly consenting to this stipulation
9  setting this matter for November 14, 2006.
10  That, Defendant hereby waives time until November 14, 2006 and
11  that, speedy trial time is to be excluded from August 29, 2006 through
12  the next hearing date on November 14, 2006, pursuant to 18 U.S.C.
13  Section 3161(h)(8)(iv).
14  SO STIPULATED.

Dated: August 21, 2006    Authorization for
                          Ms. Endrizzi's signature
                          obtained in writing via email
                          on August 21, 2006

                          /S/Ellen Victoria Endrizzi
                          ELLEN VICTORIA ENDRIZZI
                          Assistant U.S. Attorney


Dated: August 21, 2006    /S/Daniel V. Behesnilian
                          DANIEL V. BEHESNILIAN
                          Attorney for Defendant
                          ARISTAKES KARAPETYAN



24 ///
25 ///
26 ///
27 ///
28 ///

**ORDER**

GOOD CAUSE NOW appearing, it is hereby ordered that the hearing in this matter currently set for August 29, 2006 be continued and that this matter be set for a hearing for the purposes of a status hearing on **November 14, 2006, at 8:30 a.m., before the Honorable Morrison C. England, Jr.**, and that Defendant ARISTAKES KARAPETYAN personally appear before this Court, on the above date and time for the purpose of status hearing.

It is further ordered that speedy trial time is excluded from August 29, 2006 through the next hearing date on November 14, 2006, pursuant to 18 U.S.C. Section 3161(h)(8)(iv), and pursuant to Local Code T4, for defense preparation.

SO ORDERED.

Dated: August 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE