**LAW OFFICES OF**
DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant ARISTAKES KARAPETYAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No: 2:05-cr-00541-MCE-1** |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | HEARING FROM NOVEMBER 7, |
| vs. ) | 2006 TO DECEMBER 19, 2006; |
| ) | ORDER |
| ARISTAKES KARAPETYAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

　　WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by ELLEN VICTORIA ENDRIZZI, Assistant United States Attorney, and Defendant ARISTAKES KARAPETYAN, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

　　That, this matter is currently set for status hearing on November 7, 2006, at 8:30 a.m.

　　That, defense counsel and counsel for the government have conferred and have stipulated to have this matter continued to December 19, 2006, due to the continued discussions among counsel

1

1  concerning a potential plea agreement in this matter and due to
2  Defendant KARAPETYAN's continued cooperation with the government.
3        That, this matter be continued, to December 19, 2006
4        That, Defendant is aware of his rights to a speedy trial
5  and Defendant KARAPETYAN is knowingly consenting to this stipulation
6  setting this matter for December 19, 2006.
7        That, Defendant hereby waives time until December 19, 2006 and
8  that, speedy trial time is to be excluded from November 7, 2006
9  through the next hearing date on December 19, 2006, pursuant to 18
10 U.S.C. Section 3161(h)(8)(iv).
11       SO STIPULATED.

12 Dated: November 3, 2006          Authorization for
                                    Ms. Endrizzi's signature
                                    obtained in writing via email
13                                  on November 3, 2006

14                                      /S/Ellen Victoria Endrizzi
                                    ELLEN VICTORIA ENDRIZZI
15                                  Assistant U.S. Attorney

16

17 Dated: November 3, 2006              /S/Daniel V. Behesnilian
                                    DANIEL V. BEHESNILIAN
18                                  Attorney for Defendant
                                    ARISTAKES KARAPETYAN
19
20
21                              **ORDER**
22       GOOD CAUSE NOW appearing, it is hereby ordered that the hearing
23 in this matter currently set for November 7, 2006 be continued and
24 that this matter be set for a hearing for the purposes of a status
25 hearing on **December 19, 2006, at 8:30 a.m., before the Honorable**
26 **Morrison C. England, Jr.,** and that Defendant ARISTAKES KARAPETYAN
27 personally appear before this Court, on the above date and time for
28 the purpose of status hearing.

It is further ordered that speedy trial time is excluded from November 7, 2006 through the next hearing date on December 19, 2006, pursuant to 18 U.S.C. Section 3161(h)(8)(iv), and pursuant to Local Code T4, for defense preparation.

SO ORDERED.

Dated: November 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE