LAW OFFICES OF
DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant ARISTAKES KARAPETYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: |
| ) | 2:05-cr-00541-MCE-1 |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION TO CONTINUE |
| ) | HEARING FROM DECEMBER 19, |
| ARISTAKES KARAPETYAN, ) | 2006 TO FEBRUARY 13, 2007; |
| ) | ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by ELLEN VICTORIA ENDRIZZI, Assistant United States Attorney, and Defendant ARISTAKES KARAPETYAN, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, this matter is currently set for status hearing on December 19, 2006, at 8:30 a.m.

That, defense counsel and counsel for the government have conferred and have stipulated to have this matter continued to February 13, 2007, due to the continued discussions among counsel concerning a potential plea agreement in this matter and due to

1

1  Defendant KARAPETYAN's continued cooperation with the government.
2     That, this matter be continued, to February 13, 2007.
3     That, Defendant is aware of his rights to a speedy trial
4  and Defendant KARAPETYAN is knowingly consenting to this stipulation
5  setting this matter for February 13, 2007.
6     That, Defendant hereby waives time until February 13, 2007 and
7  that, speedy trial time is to be excluded from December 19, 2006
8  through the next hearing date on February 13, 2007, pursuant to 18
9  U.S.C. Section 3161(h)(8)(iv).
10    SO STIPULATED.

Dated: December 15, 2006         Authorization for
                                 Ms. Endrizzi's signature
                                 obtained in writing via email
                                 on December 15, 2006

                                 /S/Ellen Victoria Endrizzi
                                 ELLEN VICTORIA ENDRIZZI
                                 Assistant U.S. Attorney


Dated: December 15, 2006         /S/Daniel V. Behesnilian
                                 DANIEL V. BEHESNILIAN
                                 Attorney for Defendant
                                 ARISTAKES KARAPETYAN

**ORDER**

GOOD CAUSE NOW appearing, it is hereby ordered that the hearing in this matter currently set for December 19, 2006 be continued and that this matter be set for a hearing for the purposes of a status hearing on **February 13, 2007, at 8:30 a.m., before the Honorable Morrison C. England, Jr.**, and that Defendant ARISTAKES KARAPETYAN personally appear before this Court, on the above date and time for the purpose of status hearing.

It is further ordered that speedy trial time is excluded from December 19, 2006 through the next hearing date on February 13, 2007, pursuant to 18 U.S.C. Section 3161(h)(8)(iv), and pursuant to Local Code T4, for defense preparation.

SO ORDERED.

Dated: December 19, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE