**LAW OFFICES OF**
DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant ARISTAKES KARAPETYAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No:** |
| | ) | |
| | ) | **2:05-cr-00541-MCE-1** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION TO CONTINUE |
| | ) | HEARING FROM FEBRUARY 13, |
| ARISTAKES KARAPETYAN, | ) | 2007 TO MARCH 27, 2007; |
| | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

   WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by ELLEN VICTORIA ENDRIZZI, Assistant United States Attorney, and Defendant ARISTAKES KARAPETYAN, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

   That, this matter is currently set for status hearing on February 13, 2007 at 8:30 a.m.

   That, defense counsel and counsel for the government have been engaging in ongoing discussions and are close to having a fully negotiated plea agreement.

///

**1**   That, counsel have conferred and have stipulated to have
**2** this matter continued to March 27, 2007, due to the continued
**3** discussions among counsel concerning a potential plea agreement in
**4** this matter and due to Defendant KARAPETYAN's continued cooperation
**5** with the government.
**6**   That, this matter be continued, to March 27, 2007.
**7**   That, Defendant is aware of his rights to a speedy trial
**8** and Defendant KARAPETYAN is knowingly consenting to this stipulation
**9** setting this matter for March 27, 2007.
**10**   That, Defendant hereby waives time until March 27, 2007 and
**11** that, speedy trial time is to be excluded from February 13, 2007
**12** through the next hearing date on March 27, 2007, pursuant to 18
**13** U.S.C. Section 3161(h)(8)(iv).
**14**   SO STIPULATED.

Authorization for
Dated: February 8, 2007    Ms. Endrizzi's signature
                           obtained in writing via email
                           on February 8, 2007

                                  /S/Ellen Victoria Endrizzi
                           ELLEN VICTORIA ENDRIZZI
                           Assistant U.S. Attorney


Dated: February 8, 2007           /S/Daniel V. Behesnilian
                           DANIEL V. BEHESNILIAN
                           Attorney for Defendant
                           ARISTAKES KARAPETYAN

2

**ORDER**

GOOD CAUSE NOW appearing, it is hereby ordered that the hearing in this matter currently set for February 13, 2007 be continued and that this matter be set for a hearing for the purposes of a status hearing on **March 27, 2007, at 8:30 a.m., before the Honorable Morrison C. England, Jr.**, and that Defendant ARISTAKES KARAPETYAN personally appear before this Court, on the above date and time for the purpose of status hearing.

It is further ordered that speedy trial time is excluded from February 13, 2007 through the next hearing date on March 27, 2007, pursuant to 18 U.S.C. Section 3161(h)(8)(iv), and pursuant to Local Code T4, for defense preparation.

SO ORDERED.

**Dated: February 12, 2007**

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**