**LAW OFFICES OF**
DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant ARISTAKES KARAPETYAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | **Case No:** |
|---|---|---|
| | ) | |
| | ) | **2:05-cr-00541-MCE-1** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION TO CONTINUE |
| | ) | HEARING FROM MARCH 27, |
| ARISTAKES KARAPETYAN, | ) | 2007 TO MAY 8, 2007; |
| | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by ELLEN VICTORIA ENDRIZZI, Assistant United States Attorney, and Defendant ARISTAKES KARAPETYAN, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, this matter is currently set for status hearing on March 27, 2007 at 8:30 a.m.

That, defense counsel and counsel for the government have been engaging in ongoing discussions and are close to having a fully

1

1  negotiated plea agreement and are in the process of reaching a final
2  loss amount.
3       That, counsel have conferred and have stipulated to have
4  this matter continued to May 8, 2007, due to the continued
5  discussions among counsel concerning a potential plea agreement in
6  this matter and due to Defendant KARAPETYAN's continued cooperation
7  with the government.
8       That, this matter be continued, to May 8, 2007.
9       That, Defendant is aware of his rights to a speedy trial
10 and Defendant KARAPETYAN is knowingly consenting to this stipulation
11 setting this matter for May 8, 2007.
12      That, Defendant hereby waives time until May 8, 2007 and
13 that, speedy trial time is to be excluded from March 27, 2007
14 through the next hearing date on May 8, 2007, pursuant to 18
15 U.S.C. Section 3161(h)(8)(iv), and pursuant to Local
16 Code T4, for defense preparation..
17      SO STIPULATED.

                                      Authorization for
18 Dated: March 22, 2007              Ms. Endrizzi's signature
                                      obtained in writing via email
19                                    on March 22, 2007

20                                        /S/Ellen Victoria Endrizzi
                                      ELLEN VICTORIA ENDRIZZI
21                                    Assistant U.S. Attorney

22

23 Dated: March 22, 2007                   /S/Daniel V. Behesnilian
                                      DANIEL V. BEHESNILIAN
24                                    Attorney for Defendant
                                      ARISTAKES KARAPETYAN
25

26 / / /

27 / / /

28 ///

2

**ORDER**

GOOD CAUSE NOW appearing, it is hereby ordered that the hearing in this matter currently set for March 27, 2007 be continued and that this matter be set for a hearing for the purposes of a status hearing on **May 8, 2007, at 8:30 a.m., before the Honorable Morrison C. England, Jr.**, and that Defendant ARISTAKES KARAPETYAN personally appear before this Court, on the above date and time for the purpose of status hearing.

It is further ordered that speedy trial time is excluded from March 27, 2007 through the next hearing date on May 8, 2007, pursuant to 18 U.S.C. Section 3161(h)(8)(iv), and pursuant to Local Code T4, for defense preparation.

SO ORDERED.

**Dated: March 26, 2007**

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**