**LAW OFFICES OF**
DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant ARISTAKES KARAPETYAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No:** |
| Plaintiff, | **2:05-cr-00541-MCE-1** |
| vs. | STIPULATION TO CONTINUE STATUS CONFERENCE FROM MAY 3, 2007 TO MAY 31, 2007; ORDER |
| ARISTAKES KARAPETYAN, | |
| Defendant. | |

**STIPULATION**

WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by ELLEN VICTORIA ENDRIZZI, Assistant United States Attorney, and Defendant ARISTAKES KARAPETYAN, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, this matter is currently set for status hearing on May 3, 2007 at 8:30 a.m.

That, defense counsel and counsel for the government have been engaging in ongoing discussions and are close to having a fully negotiated plea agreement and are in the process of reaching a final loss amount.

1

1    That, counsel have conferred and have stipulated to have
2 this matter continued to May 31, 2007, due to the continued
3 discussions among counsel concerning a potential plea agreement in
4 this matter and due to Defendant KARAPETYAN's continued cooperation
5 with the government, as well as due to calendar conflict for counsel
6 for the date of May 3, 2007.
7    That, this matter be continued, to May 31, 2007.
8    That, Defendant is aware of his rights to a speedy trial
9 and Defendant KARAPETYAN is knowingly consenting to this stipulation
10 setting this matter for May 31, 2007.
11   That, Defendant hereby waives time until May 31, 2007 and
12 that, speedy trial time is to be excluded from May 3, 2007
13 through the next hearing date on May 31, 2007, pursuant to 18
14 U.S.C. Section 3161(h)(8)(iv), and pursuant to Local
15 Code T4, for defense preparation.
16   SO STIPULATED.

Dated: April 9, 2007           Authorization for
                               Ms. Endrizzi's signature
                               obtained in writing via email
                               on April 9, 2007

                                      /S/Ellen Victoria Endrizzi
                               ELLEN VICTORIA ENDRIZZI
                               Assistant U.S. Attorney


Dated: April 9, 2007                  /S/Daniel V. Behesnilian
                               DANIEL V. BEHESNILIAN
                               Attorney for Defendant
                               ARISTAKES KARAPETYAN

/ / /
///
///
///

**ORDER**

GOOD CAUSE NOW appearing, it is hereby ordered that the hearing in this matter currently set for May 3, 2007 be continued and that this matter be set for a hearing for the purposes of a status hearing on **May 31, 2007, at 09:00 a.m., before the Honorable Morrison C. England, Jr.**, and that Defendant ARISTAKES KARAPETYAN personally appear before this Court, on the above date and time for the purpose of status hearing.

It is further ordered that speedy trial time is excluded from May 3, 2007 through the next hearing date on May 31, 2007, pursuant to 18 U.S.C. Section 3161(h)(8)(iv), and pursuant to Local Code T4, for defense preparation.

SO ORDERED.

Dated: April 16, 2007

_____
**MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE**