LAW OFFICES OF
DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant ARISTAKES KARAPETYAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No:** |
| | **2:05-cr-00541-MCE-1** |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE STATUS CONFERENCE FROM MAY 31, 2007 TO JULY 19, 2007; ORDER |
| ARISTAKES KARAPETYAN, | |
| Defendant. | |

**STIPULATION**

   WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by ELLEN VICTORIA ENDRIZZI, Assistant United States Attorney, and Defendant ARISTAKES KARAPETYAN, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

   That, this matter is currently set for status hearing on May 31, 2007 at 8:30 a.m.

///

1     That, defense counsel and counsel for the government have been
2 engaging in ongoing discussions and are close to having a fully
3 negotiated plea agreement and are in the process of reaching a final
4 loss amount and finalizing said plea agreement.
5     That, Defense counsel will be commencing trial on May 30, 2007 in
6 Los Angeles, California.
7     That, counsel have conferred and have stipulated to have
8 this matter continued to July 19, 2007, due to the continued
9 discussions among counsel concerning a potential plea agreement in
10 this matter and due to Defendant KARAPETYAN's continued cooperation
11 with the government.
12     That, this matter be continued, to July 19, 2007.
13     That, Defendant is aware of his rights to a speedy trial
14 and Defendant KARAPETYAN is knowingly consenting to this stipulation
15 setting this matter for July 19, 2007.
16     That, Defendant hereby waives time until July 19, 2007 and
17 that, speedy trial time is to be excluded from May 31, 2007
18 through the next hearing date on July 19, 2007, pursuant to 18
19 U.S.C. Section 3161(h)(8)(iv), and pursuant to Local
20 Code T4, for defense preparation.   That, Defendant also waives time
21 and time is to be excluded for continuity of counsel pursuant to Local
22 Code T4.
23     SO STIPULATED.
24 Dated: May 29, 2007     Authorization for Ms. Endrizzi's signature obtained in writing via email on May 29, 2007

                                        /S/Ellen Victoria Endrizzi
                                      ELLEN VICTORIA ENDRIZZI
                                      Assistant U.S. Attorney

| | |
|---|---|
| Dated: May 29, 2007 | /S/Daniel V. Behesnilian |
| | DANIEL V. BEHESNILIAN |
| | Attorney for Defendant |
| | ARISTAKES KARAPETYAN |

### ORDER

GOOD CAUSE NOW appearing, it is hereby ordered that the hearing in this matter currently set for May 31, 2007 be continued and that this matter be set for a hearing for the purposes of a status hearing on **July 19, 2007, at 8:30 a.m., before the Honorable Morrison C. England, Jr.,** and that Defendant ARISTAKES KARAPETYAN personally appear before this Court, on the above date and time for the purpose of status hearing.

It is further ordered that speedy trial time is excluded from May 31, 2007 through the next hearing date on July 19, 2007, pursuant to 18 U.S.C. Section 3161(h)(8)(iv), and pursuant to Local Code T4, for defense preparation, as well as for continuity of counsel pursuant to Local Code T4.

SO ORDERED.

**Dated: May 30, 2007**

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**