LAW OFFICES OF
DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant ARISTAKES KARAPETYAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. 2:05-cr-00541-MCE-1** |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE STATUS CONFERENCE FROM July 19, 2007 TO August 30, 2007; ORDER |
| ARISTAKES KARAPETYAN, | |
| Defendant. | |

**STIPULATION**

   WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by ELLEN VICTORIA ENDRIZZI, Assistant United States Attorney, and Defendant ARISTAKES KARAPETYAN, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

   That, this matter is currently set for status hearing on JULY 19, 2007 at 8:30 a.m.

///

1  That, defense counsel and counsel for the government have been
2  engaging in ongoing discussions and are very close to having a fully
3  negotiated plea agreement and are in the process of reaching a final
4  loss amount and finalizing said plea agreement.
5  That, Defense counsel will be leaving on a prescheduled vacation
6  on July 31, 2007 and will return to the United States on August 16,
7  2007, Counsel have conferred and have stipulated to have
8  this matter continued due to the continued discussions among counsel
9  concerning a potential plea agreement in this matter.
10  That, this matter be continued, to August 30, 2007.
11  That, Defendant is aware of his rights to a speedy trial
12  and Defendant KARAPETYAN is knowingly consenting to this stipulation
13  setting this matter for August 30, 2007.
14  That, Defendant hereby waives time until August 30, 2007 and
15  that, speedy trial time is to be excluded from July 19, 2007
16  through the next hearing date on August 30, 2007, pursuant to 18
17  U.S.C. Section 3161(h)(8)(iv), and pursuant to Local
18  Code T4, for defense preparation.  That, Defendant also waives time
19  and time is to be excluded for continuity of counsel pursuant to Local
20  Code T4.
21  SO STIPULATED.

Dated: July 17, 2007        Authorization for
                            Ms. Endrizzi's signature
                            obtained in writing via email
                            on July 17, 2007

                            /S/Ellen Victoria Endrizzi
                            ELLEN VICTORIA ENDRIZZI
                            Assistant U.S. Attorney

Dated: July 17, 2007        /S/Daniel V. Behesnilian
                            DANIEL V. BEHESNILIAN
                            Attorney for Defendant
                            ARISTAKES KARAPETYAN

**ORDER**

GOOD CAUSE NOW appearing, it is hereby ordered that the hearing in this matter currently set for July 19, 2007 be continued and that this matter be set for a hearing for the purposes of a status hearing on **August 30, 2007, at 8:30 a.m., before the Honorable Morrison C. England, Jr.**, and that Defendant ARISTAKES KARAPETYAN personally appear before this Court, on the above date and time for the purpose of status hearing.

It is further ordered that speedy trial time is excluded from July 19, 2007 through the next hearing date on August 30, 2007, pursuant to 18 U.S.C. Section 3161(h)(8)(iv), and pursuant to Local Code T4, for defense preparation, as well as for continuity of counsel pursuant to Local Code T4.

SO ORDERED.

Dated: July 17, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3
STIPULATION AND ORDER