**LAW OFFICES OF**
**DANIEL V. BEHESNILIAN**
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant ARISTAKES KARAPETYAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ARISTAKES KARAPETYAN, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | **Case No:** <br><br> **2:05-cr-00541-MCE-1** <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE FROM August 30, 2007 to November 29, 2007 and ORDER |

**STIPULATION**

WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by ELLEN VICTORIA ENDRIZZI, Assistant United States Attorney, and Defendant ARISTAKES KARAPETYAN, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, this matter is currently set for status hearing on August 30, 2007 at 8:30 a.m.

///

1  That, defense counsel and counsel for the government have been
2  engaging in ongoing discussions and are very close to having a fully
3  negotiated plea agreement and are in the process of reaching a final
4  loss amount and finalizing said plea agreement.
5    Counsel have conferred and have stipulated to have this matter
6  continued due to the continued discussions among counsel concerning a
7  potential plea agreement in this matter.
8  That, this matter be continued, to November 29, 2007.
9  That, Defendant is aware of his rights to a speedy trial
10 and Defendant KARAPETYAN is knowingly consenting to this stipulation
11 setting this matter for November 29, 2007.
12 That, Defendant hereby waives time until November 29, 2007 and
13 that, speedy trial time is to be excluded from August 30, 2007
14 through the next hearing date on November 29, 2007, pursuant to 18
15 U.S.C. Section 3161(h)(8)(iv), and pursuant to Local
16 Code T4, for defense preparation.  That, Defendant also waives time
17 and time is to be excluded for continuity of counsel pursuant to Local
18 Code T4.
19   SO STIPULATED.

```
Dated: August 28, 2007          Authorization for
                                Ms. Endrizzi's signature
                                obtained in writing via email
                                on August 27, 2007

                                /S/Ellen Victoria Endrizzi
                                ELLEN VICTORIA ENDRIZZI
                                Assistant U.S. Attorney


Dated: August 28, 2007          /S/Daniel V. Behesnilian
                                DANIEL V. BEHESNILIAN
                                Attorney for Defendant
                                ARISTAKES KARAPETYAN
```

2

STIPULATION AND ORDER

**ORDER**

GOOD CAUSE NOW appearing, it is hereby ordered that the hearing in this matter currently set for August 30, 2007 be continued and that this matter be set for a hearing for the purposes of a status hearing on **November 29, 2007, at 8:30 a.m., before the Honorable Morrison C. England, Jr.**, and that Defendant ARISTAKES KARAPETYAN personally appear before this Court, on the above date and time for the purpose of status hearing.

It is further ordered that speedy trial time is excluded from August 30, 2007, through the next hearing date on November 29, 2007 pursuant to 18 U.S.C. Section 3161(h)(8)(iv), and pursuant to Local Code T4, for defense preparation, as well as for continuity of counsel pursuant to Local Code T4.

SO ORDERED.

Dated: August 29, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE